**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMPO JAPAN INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ORIENT OVERSEAS CONTAINER LINE LTD.; DYNAMIC WORLDWIDE LOGISTICS, INC.; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br><br>AND RELATED THIRD PARTY ACTION | Case No.: 17-cv-04689-JFW-JEM<br><br>[Assigned to the Honorable Judge John F. Walter]<br><br>**ORDER RE STIPULATION OF DISMISSAL** |

Presently before the Court is the parties' stipulation of dismissal. Good cause appearing, the Court GRANTS the stipulation. The case is hereby DISMISSED, each party to bear its own costs and attorney's fees. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**

Dated: September 29, 2017

　　　　　　　　　　　　　　　　　　　Honorable John F. Walter
　　　　　　　　　　　　　　　　　　　United States District Judge

*Order re Stipulation of Dismissal*